### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

UNITED STATES          *
                                    *

v.                        *         CRIM. NO. 20-14037-5(ZNQ)
                                    *

JACQUELYN DEJESUS     *
                                    *

*****

### ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

☑ That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

☑ Video Teleconferencing

☐ Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

      ☐ The Defendant (or the Juvenile) is detained at a facility lacking video

      teleconferencing capability.

      ☐ Other:

Date:10/20/2020                             _____
                                        Honorable Zahid N. Quraishi
                                        United States Magistrate Judge